UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JABARI BUSH

v. 3:19CV1621(JCH)

METRO-NORTH COMMUTER RAILROAD

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On February 16, 2022, after deliberation, the jury returned a verdict in favor of the plaintiff, Jabari Bush, and against the defendant, Metro-North Commuter Railroad, in the total amount of $198,167.79.

Therefore, it is hereby ORDERED , ADJUDGED and DECREED that judgment is entered for the plaintiff, against the defendant, in the amount of $198,167.79, in accordance with the jury verdict, and the case is closed.

Dated at New Haven, Connecticut, this 16th day of February, 2022.

DINAH MILTON KINNEY, Clerk

Entered on Docket   2/16/2022

By /s/ Diahann Lewis
Deputy Clerk